GILLIAN H. CLOW (SBN 298966)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, CA  90071
Telephone:(213) 576-1000
Facsimile: (213) 576-1100
Email:    gillian.clow@alston.com

DAVID B. CARPENTER (*Pro Hac Vice* Forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:(404) 881-7000
Facsimile: (404) 881-7777
Email:    david.carpenter@alston.com

KELSEY L. KINGSBERY (*Pro Hac Vice* Forthcoming)
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile:  (919) 862-2260
Email:    kelsey.kingsbery@alston.com

Attorneys for Defendant
**CVS PHARMACY, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Truong, on behalf of himself and others similarly situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>CVS Pharmacy, Inc.,<br><br>                              Defendant. | Case No. 8:20-cv-01176- DOC-ADS<br>[David O. Carter, Judge Presiding]<br><br>**NOTICE OF SETTLEMENT**<br><br>Courtroom:        9D<br><br>Filing Date:          July 2, 2020<br>Complaint Served:    August 20, 2020 |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Parties to this action, Plaintiff Kevin Truong and Defendant CVS Pharmacy, Inc. have settled the above-captioned matter. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).

DATED: October 30, 2020

DAVID B. CARPENTER (*pro hac vice* forthcoming)
KELSEY L. KINGSBERY (*pro hac vice* forthcoming)
GILLIAN H. CLOW
**ALSTON & BIRD LLP**

*/s/* Gillian H. Clow
Gillian H. Clow
Attorneys for Defendant
**CVS PHARMACY, INC.**

Dated:  October 30, 2020

ABBAS KAZEROUNIAN
YANA A. HART
**KAZEROUNI LAW GROUP, APC**

By:  /s/ Yana A. Hart
Yana A. Hart
Attorneys for Plaintiff
**KEVIN TRUONG**

Attestation: I, Gillian H. Clow, hereby attest that I have received the consent of Yana A. Hart, counsel for Plaintiff, to file this document and that she concurs with this document's contents.